UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL R. CLAY JR. and <br> SUSAN CLAY <br><br> Plaintiffs, <br><br> v. <br><br> BLUE HACKLE NORTH <br> AMERICA, LLC, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Case No. 12-077 (RJL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this

___ day of November, 2012, hereby

**ORDERED** that the defendants' Motion to Dismiss [Dkt. #3] is **GRANTED**.

**ORDERED** that plaintiffs' Complaint [#1] is **DISMISSED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge